USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8|9|17

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

IN RE CHINA NORTH EAST
PETROLEUM HOLDINGS LIMITED
SECURITIES LITIGATION,

---------------------------------------------------------X

CONSOLIDATED AS
10 **CIVIL** 4577 (KBF)

# JUDGMENT

Before this court is a motion by Acticon AG ("Acticon") for class certification pursuant to Federal Rule of Civil Procedure 23(b)(3) seeking to certify the following class: "All purchasers of China North East Petroleum Holdings Limited securities, during the period from May 15, 2008 through and including May 26, 2010 (the 'Class Period')." Plaintiff also seeks class damages of $32.9 million, attorneys' fees totaling 25% of recovered damages, and expenses of $171,908.09, and the matter having come before the Honorable Katherine B. Forrest, United States District Judge, and the Court, on August 8, 2017, having rendered its Memorandum Decision and Order granting Plaintiff's motion for class certification; and awarding the class damages of $32.9 million and awarding Pomerantz LLP attorneys' fees totaling 25% of recovered damages as well as expenses of $171,908.09; and directing the Clerk of Court to enter judgment in Plaintiff's favor on their claims and to terminate this action, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated August 8, 2017, Plaintiff's motion for class certification is granted. The class is awarded damages of $32.9 million and Pomerantz LLP is awarded $8,225,000.00 in attorneys' fees as well as expenses of $171,908.09; judgment is entered in favor of Plaintiff on their claims; accordingly, the case is closed.

**Dated:** New York, New York
August 9, 2017

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** K Mango

**Deputy Clerk**